Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

Attorneys for *Gary L. Rainsdon*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SHELLI MARIE HENDRIKS,<br><br>    Debtor. | Case No. 20-40363-JMM<br>(Chapter 7) |
| GARY L. RAINSDON, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>SHELLI MARIE HENDRIKS,<br><br>    Defendant. | Adversary Case No. |

### TRUSTEE'S COMPLAINT TO DENY THE DEBTOR'S DISCHARGE

Gary L. Rainsdon, the Chapter 7 Trustee in the above-captioned case ("Trustee" or "Plaintiff"), by and through his counsel of record, Racine Olson, PLLP, files this Complaint against Shelli Marie Hendriks (the "Defendant" or the "Debtor"), and states and alleges as follows:

### I.    PARTIES, JURISDICTION AND VENUE

1.    This is an adversary proceeding within the meaning of the Federal Rule of Bankruptcy Procedure 7001.

2.    This adversary proceeding arises out of and is related to the above-captioned Chapter 7 case pending before the United States Bankruptcy Court (the "Bankruptcy Case").  This Court has jurisdiction in the instant adversary proceeding pursuant to 28 U.S.C. § 1334 and because the issues raised in the action arise under § 727 of the Bankruptcy Code and relate to the Bankruptcy Case.

3.    Venue is proper under 28 U.S.C. § 1409.

4.    This action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  If this adversary proceeding is determined to be "non-core," Plaintiff consents to the entry of final orders or judgments by the bankruptcy court.

5.    Pursuant to the Order to Extend Time to file a motion or complaint Objecting to discharge entered on February 24, 2021 (Dkt. 69), the deadline for the Trustee to file an objection to Debtor's discharge under any and all provisions of § 727 was extended through and including May 4, 2021.

6.    Plaintiff is the duly appointed Chapter 7 Trustee in the above-referenced bankruptcy case.

7.    On May 5, 2020 (the "Petition Date"), the Debtor filed a voluntary chapter 7 bankruptcy petition with the United States Bankruptcy Court for the District of Idaho.

## II.    GENERAL ALLEGATIONS

### A.  The 1969 Pontiac Firebird.

8.    On or about November 20, 2007, the Debtor and her then boyfriend, Randy Towns ("Towns") purchased a 1969 Pontiac Firebird (the "Firebird") and titled it in the name of Towns "or" Shelli Hendriks Towns.  A true and correct copy of the Certificate of Title is attached hereto as **Exhibit A** and incorporated herein by reference.

9.      In or about October of 2018, Towns transferred his interest in the Firebird to the Debtor "or" Michael Anthony Hendriks.  A true and correct copy of the Current Title Record reflecting the Debtor or Michael Anthony Hendriks as owners is attached hereto as **Exhibit B** and incorporated herein by reference.

10.      Michael Anthony Hendriks is the Debtor's son who is believed to have been 16 years old at the time of the transfer.

11.      On the Petition Date the Firebird was property of the Debtor's bankruptcy estate.

12.      In her bankruptcy schedules, the Debtor claimed an interest in the Firebird and claimed the value as $1,500.00 and fully exempted under Idaho Code § 11-605(10).

13.      On June 10, 2020, the Trustee sent an email to Debtor's counsel demanding that the Firebird and Certificate of Title be surrendered to the Trustee within five days from the date of the email.  A true and correct copy of the Trustee's demand is attached hereto as **Exhibit C** and incorporated herein by reference.

14.      Debtor failed to timely surrender the Firebird and on June 15, 2020, the Trustee filed a Motion for Turnover of Property and Records seeking turnover of the Firebird (Dkt. 18).

15.      On June 25, 2020, the Debtor filed an Objection to the Trustee's Motion for Turnover of Property and Records ("Debtor's Objection") (Dkt. 22) which included an offer to surrender the Firebird to the Trustee on condition that Debtor receive $1,500.00 exemption amount from the sale proceeds.

16.      On or about October 26, 2020, the Debtor surrendered the Firebird to the Trustee by delivering it to U.S. Auctions.

17.      When delivered to U.S. Auctions, the Firebird was missing parts, including the engine, transmission shifter, spoiler, mirrors, tires and wheels (collectively the "Parts").

**TRUSTEE'S COMPLAINT TO DENY THE DEBTOR'S DISCHARGE - Page 3**

18.     Towns testified in his 2004 examination conducted on January 12, 2021 that he removed the Parts from the Firebird post-Petition when he learned that "possibly my son could be losing his car because his mother's name is on the title."

19.     Towns also testified that he is currently in possession of the Parts.

20.     The Debtor was aware of and permitted Towns to remove the Parts.

21.     US Auctions advised the Trustee that in its opinion had the Parts not been removed from the Firebird, the vehicle would sell for at least $10,500.00.

**B.   Two 2008 Yamaha ATV's**

22.     On the Petition Date, the Debtor had an interest in a 2008 Yamaha ATV, VIN No. 5Y4AG05Y08A000849, and a 2008 Yamaha ATV, VIN No. 5Y4AG05Y98A000414. (Dkt. 1).

23.     On the Petition Date, the ATVs were titled in the name of the Debtor "or" Michael Anthony Hendriks. True and correct copies of the Results from Motor Vehicle Title and Registration Records Search are attached hereto as **Exhibits D** and **E** respectively and incorporated herein by reference.

24.     The ATVs are property of the Debtor's bankruptcy estate.

25.     Prior to the Petition Date, the Debtor resided with Towns at 574 Carriage Lane, Twin Falls, Idaho 83301 (the "Towns Residence").  In her bankruptcy schedules, the Debtor listed the Towns Residence as her mailing address (Dkt. 1, p. 2 of 48).

26.     On August 24, 2020, the Debtor filed a Notice of Change of Address to 922 Morningside Drive, Twin Falls, Idaho 83301 (Dkt. 35).

27.     However, in his 2004 examination, conducted on January 12, 2021, Towns testified the Debtor visits the Towns Residence regularly at least once or twice a week and sometimes stays overnight.

28.    On June 10, 2020, the Trustee sent an email to Debtor's counsel requesting the ATVs be surrendered to the Trustee (See, **Exh. C**).

29.    The Debtor failed to timely surrender the ATVs, and on June 15, 2020, the Trustee filed a Motion for Turnover of Property and Records (Dkt. 18) seeking turnover of the two (2) 2008 Yamaha ATVs.

30.    On June 25, 2020, the Debtor filed an Objection to the Trustee's Motion for Turnover of Property and Records ("Debtor's Objection") (Dkt. 22) claiming that the two (2) ATVs are owned by her son, Michael Anthony Hendriks, and therefore not property of the bankruptcy estate.

31.    The Debtor also claimed that she could not surrender the ATVs because they were not in her possession.

32.    On July 30, 2020, the Trustee personally photographed the ATVs located in the driveway of the Towns Residence. The photographs also show Debtor's 2005 Kia Sedona vehicle parked in the driveway next to the ATVs. True and correct copies of the photographs are attached hereto as **Exhibits F, G, H,** and **I** and incorporated herein by reference.  (See also, Declaration of Gary L. Rainsdon in Support of Trustee's Response to Debtor's Objection to Motion for Turnover of Property and Records filed on August 17, 2020 (Dkt. 34).

33.    A hearing on the Trustee's Motion for Turnover and Debtor's Objection was conducted by the Court on August 24, 2020.  At the hearing the Court granted the Trustee's Motion for Turnover. On August 28, 2020, the Court entered an Order requiring the Debtor to surrender the two (2) ATVs to the Trustee (Dkt. 40).

34.    On August 26, 2020, Michael Hendriks filed a report with the Twin Falls Police Department claiming that one of the ATVs was stolen during the night of August 25, 2020 or early morning of August 26, 2020.  A true and correct copy of the police report is attached hereto as **Exhibit J** and incorporated herein by reference.

**TRUSTEE'S COMPLAINT TO DENY THE DEBTOR'S DISCHARGE - Page 5**

35.    In his Rule 2004 examination, Towns testified that at the time the ATV was stolen, both ATVs were parked in Towns' driveway with the keys left in the ignition.

### III.    FIRST CLAIM FOR RELIEF

### Objection to Discharge Pursuant to 11 U.S.C. § 727(a)(2)(B)

36.    Trustee re-alleges the allegations contained in paragraphs 1 through 35 above and incorporates the same herein by reference.

37.    Debtor, with intent to hinder, delay, or defraud the Trustee has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate after the Petition Date by permitting Towns to remove the Parts from the Firebird prior to its surrender to the Trustee.

38.    Debtor, with intent to hinder, delay, or defraud the Trustee, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate, after the Petition Date by failing to surrender the ATVs to the Trustee and by permitting the ATVs to be parked in Towns driveway with the keys left in the ignition.

39.    The Trustee has been damaged by the actions of the Debtor in an amount to be determined by this Court.

40.    The Trustee is entitled to a Judgment against the Debtor for the value of the Firebird had the Parts not been removed and for the value of the stolen ATV.

41.    The Trustee is also entitled to a Judgment denying the Debtor a discharge in this bankruptcy pursuant to 11 U.S.C. § 727(a)(2)(B).

## SECOND CLAIM FOR RELIEF

### Objection to Discharge Pursuant to 11 U.S.C. § 727(a)(6)

42.     Plaintiff re-alleges the allegations contained in paragraphs 1 through 41 above and incorporates the same herein by reference.

43.     On August 28, 2020, the Court entered an Order requiring the Debtor to surrender the Firebird and the ATVs (Dkt. 40).

44.     The Debtor's action in permitting Parts to be removed from the Firebird prior to its turnover to the Trustee and failing to protect the ATVs pending turnover demonstrate that the Debtor refused to obey a lawful order of the Court.

## RESERVATION OF RIGHTS

45.     The Trustee hereby expressly reserves the right to amend and/or supplement either the factual basis and/or the relief requested in this Complaint.

WHEREFORE, the Trustee prays for relief as follows:

1.      With respect to the First Claim for Relief, Plaintiff respectfully requests that the Court determine the Debtor is ineligible for a discharge pursuant to 11 U.S.C. § 727(a)(2)(B).

2.      With respect to the Second Claim for Relief, Plaintiff respectfully requests that the Court determine that the Debtor is ineligible for a discharge pursuant to 11 U.S.C. § 727(a)(6).

3.      For Judgment for the value of the Firebird had the Parts not been removed in the amount of at least $10,500.00 or such other amount to be proven at trial.

4.      For Judgment for the value of the stolen ATV in the amount of at least $2,000.00 or such other amount to be proven at trial.

5.      For such other relief as the Court may deem just and proper.

DATED this 4th day of May, 2021.

RACINE OLSON, PLLP

By: /s/ Daniel C. Green
     DANIEL C. GREEN

# EXHIBIT A

# IDAHO
## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY | MODEL | DESCRIPTION |
|---|---|---|---|---|---|
| 223379L105331 | 1969 | PONT | 2D | FBD | |

| 2ND VEHICLE IDENTIFICATION NUMBER | ODOMETER READING | DATE |
|---|---|---|
| | EXEMPT | |

| TITLE NUMBER | PRINT DATE | WEIGHT | LENGTH | WIDTH | HULL | HORSEPOWER | PROPULSION |
|---|---|---|---|---|---|---|---|
| 073097992 | 11/20/2007 | | | | | | |

**OWNER'S NAME AND ADDRESS**

TOWNS, RANDY    OR
HENDRICKS-TOWNS, SHELLI
4778 ANDERSON WAY
NAMPA, ID 83687

OTHER PERTINENT DATA

---

### Assignment of Title

Federal and state law requires that you state the mileage when transferring ownership of a motor vehicle.
Failure to complete or providing a false statement may result in fines and/or imprisonment.

ODOMETER READING - Reading is actual unless indicated otherwise.
(NO TENTHS): _____  DATE: _____

☐ In Excess of Mechanical Limits    ☐ Exempt
☐ Not Actual - Warning: Odometer Discrepancy    ☐ No Device

DATE SOLD:    SELLING PRICE:

SELLER'S OR REPRESENTATIVE'S PRINTED NAME(S)

I certify, to the best of my knowledge, that the odometer reading reflects the actual mileage, unless otherwise indicated. I also hereby release my interest and transfer ownership to the named purchaser. I understand that I must file a release of liability statement within five days of delivering this vehicle to the purchaser.

SELLER'S OR REPRESENTATIVE'S SIGNATURE:

A  *Shelli Hendricks-Towns*
B

**PURCHASER'S PRINTED NAME(S)**

5  A  SHELLI HENDRICKS  VG469839B
   B  MICHAEL HENDRICKS  HC21169GF

6  ADDRESS
   574 CARRIAGE LANE

7  CITY          STATE    ZIP
   TWIN FALLS    IDAHO    83301

I am aware that if I apply for title in Idaho, I must do so within 30 days of purchase or a $20.00 late filing penalty may be due. I am also aware of the odometer certification made by the seller.

PURCHASER'S OR REPRESENTATIVE'S SIGNATURE:

8  A  *Shelli Hendricks*
   B  *signature*

---

### Lienholder Section

**FIRST LIEN**
NONE

RECORDED 11/14/2007

SIGNATURE RELEASING LIEN          DATE
9

08530369

**SECOND LIEN**

10  SIGNATURE RELEASING LIEN          DATE

11  NEW LIENHOLDER'S NAME / LIEN-CREATION DATE

12  ADDRESS

13  CITY          STATE    ZIP

# EXHIBIT B



**IDAHO TRANSPORTATION DEPARTMENT**
Vehicle Services, Titles • P.O. Box 7129
Boise ID 83707-1129

(208) 334-8663
dmv.idaho.gov

Gary Rainsdon

**11/13/2020**

RE: Motor Vehicle Record Request
This is the motor vehicle record you requested. If you need further information, please contact the Idaho
Transportation Department at (208) 334-8773. Our fax number is (208) 332-4189.

## CURRENT TITLE RECORD

| TITLE | | ACTION | TYPE | RECEIPT | ISSUED | PRINTED | RECORDED DATE |
|-------|---|--------|------|---------|--------|---------|---------------|
| 073097992 | | NC | RT | 18JD006813 | 20071120 | 20181022 | 20181022 |

| VIN | | VIN2 | | PREV VIN | | | |
|-----|---|------|---|----------|---|---|---|
| 223379L105331 | | | | 223379L105331 | | | |

| YEAR | MAKE | MODEL | DESCRIPTION |
|------|------|-------|-------------|
| 1969 | PONT | FBD | |

**OWNER 1**

**LIENHOLDER (S):** 0

HENDRIKS, SHELLI MARIE          OR

**OWNER 2**

HENDRIKS, MICHAEL ANTHONY

**OWNER 3 / ADDRESS**

574 CARRIAGE LN

TWIN FALLS          ID          83301

CANCEL/JUNK/SALVAGE CODE?

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and
vehicle records to unauthorized parties, without express written consent of the individual the
information pertains to. As an authorized requester you may receive this information but you may
not release or resell it.

# EXHIBIT C

**Dan Green**

| | |
|---|---|
| **From:** | Gary L. Rainsdon <trustee@filertel.com> |
| **Sent:** | Wednesday, June 10, 2020 2:11 PM |
| **To:** | joa@averylaw.net; 'Ryan Farnsworth'; 'Holly Sutherland' |
| **Cc:** | 'Ami Beem'; 'Jordan Hancock'; Dan Green |
| **Subject:** | FW: Shelli Hendriks 20-40363 -JMM |
| **Attachments:** | 6-10-20 letter with docs.pdf |

Dear Mr. Avery:

Please ask Ms. Hendriks to surrender the following assets to me within the next 5 days, together with the tiles for the vehicles:

- Trailer, VIN# 1J9CC12127A270288
- 1969 Pontiac Firebird, VIN # 223379L105331
- 2008 Yamaha ATV, VIN# 5Y4AG05Y08A000849
- 2008 Yamaha ATV, VIN# 5Y4AG05Y98A000414

We tried to contact your son Michael to ask for surrender of the ATV's and trailer, but his phone mailbox is full. Additionally, we note that Michael has no legal claim to the trailer, and his name was added to the ATV titles on March 16, 2020.

We anticipate the debtor's prompt cooperation.

Sincerely,

glr
Gary L. Rainsdon, Trustee
P.O. Box 506
Twin Falls, ID 83303
208-734-1180


**From:** Ami Beem [mailto:averylawtf@gmail.com]
**Sent:** Wednesday, June 10, 2020 12:08 PM
**To:** Gary L. Rainsdon <trustee@filertel.com>
**Subject:** Shelli Hendriks 20-40363-JMM

Gary,

Attached please find a letter from Mr. Avery.

Thanks,


Ami Beem
Paralegal/Case Manager for
John O Avery
208-733-3030

1

# EXHIBIT D

ITD Home | DMV Home

# ITD Forms

## Motor Vehicle Title and Registration Records Search

07/17/2020

Gary Rainsdon

Access Idaho MVR Document ID #2165047 No customer.

This is the motor vehicle title record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records Desk at (208) 334-8773. Our fax number is (208) 334-8542.

## Current Title

1. Owner Information:

HENDRIKS, SHELLI MARIE                                            OR
HENDRIKS, MICHAEL ANTHONY

574 CARRIAGE LN
TWIN FALLS              ID 83301 7564

2. Title Information:

Title Number: B083060611          Lienholder(s): 0          Dealer:
                                                            Lien Released:
                                                            Issued:        03/25/2019
                                                            Recorded:      03/16/2020
                                                            Printed:       03/16/2020

3. Vehicle Information:

VIN: 5Y4AG05Y08A000849
Year: 2008          Make: YAMA          Body: MV          Model: ATV          Color: COL
Weight: 000456      Length:             Width:            Description: YFM25
Odometer: 0         Odometer Status: Exempt               Odometer Date:
Brand:

No Release of Liability found for this title.

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester you may receive this information but you may not re-release or re-sell it.

No fees were charged for this request (exempt goverment user).

# EXHIBIT E

**ITD Home | DMV Home**

## ITD Forms

## Motor Vehicle Title and Registration Records Search

07/17/2020

Gary Rainsdon

Access Idaho MVR Document ID #2165045 No customer.

This is the motor vehicle title record you requested. If you need further information, please contact the Idaho Transportation Department, Motor Vehicle Records Desk at (208) 334-8773. Our fax number is (208) 334-8542.

## Current Title

1. Owner Information:

HENDRIKS, SHELLI MARIE                                    OR
HENDRIKS, MICHAEL ANTHONY

574 CARRIAGE LN
TWIN FALLS          ID 83301 7564

2. Title Information:

| | | | |
|---|---|---|---|
| Title Number: B083060617 | Lienholder(s): 0 | Dealer: | |
| | | Lien Released: | |
| | | Issued: | 03/25/2019 |
| | | Recorded: | 03/16/2020 |
| | | Printed: | 03/16/2020 |

3. Vehicle Information:

VIN: 5Y4AG05Y98A000414

| | | | | |
|---|---|---|---|---|
| Year: 2008 | Make: YAMA | Body: MV | Model: ATV | Color: COL |
| Weight: 000456 | Length: | Width: | Description: YFM25 | |
| Odometer: 0 | Odometer Status: Exempt | | Odometer Date: | |
| Brand: | | | | |

No Release of Liability found for this title.

Section 49-203 Idaho Code prohibits the release of personal information contained in driver and vehicle records to unauthorized parties, without express written consent of the individual the information pertains to. As an authorized requester you may receive this information but you may not re-release or re-sell it.

No fees were charged for this request (exempt goverment user).

# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



# EXHIBIT J



**TWIN FALLS**
**POLICE DEPARTMENT**

321 2ND AVE E
TWIN FALLS, ID 83301
208-735-4357

| | INCIDENT REPORT | |
|---|---|---|
| CASE NUMBER | SUPPLEMENT NUMBER | |
| 20004864 | | |
| CASE TYPE | CAD EVENT NUMBER | |
| MV THEFT | 2008260030 | |
| REPORT DATE | | |
| 08/26/2020 | | |
| REPORTING OFFICER | | |
| 12260 - HEINMILLER, KIMBERLY | | |

## INCIDENT

| LOCATION | | | | OCCURRED | DATE | TIME | DAY |
|---|---|---|---|---|---|---|---|
| 574 CARRIAGE LN TWIN FALLS, ID 83301 | | | | ON OR FROM | 08/25/2020 | 22:30 | TUE |
| PREMISE NAME | | | JURISDICTION | TO | 08/26/2020 | 08:00 | WED |
| | | | TFPD | | | | |
| RD | SECOND | TRANSCRIPT | | REPORTED | 08/26/2020 | 08:16 | WED |
| 121 | | | | | | | |

| NATURE OF INCIDENT | | | | |
|---|---|---|---|---|
| ☐ ALCOHOL RELATED | ☐ SENIOR CITIZEN | ☐ HATE / BIAS | ☐ ARSON | ☐ CHILD ABUSE |
| ☐ GANG RELATED | ☐ OFFICER ASSAULT | ☐ DRUG RELATED | ☐ DOMESTIC VIOLENCE | ☐ JUVENILE |

RELATED REPORT NUMBERS

RELATED CASE NUMBERS

## SYNOPSIS

RP ADVD ATV WAS PARKED OUT FRONT OF RES W/ KEYS BECAUSE THEY ARE GOING TO
COURT AND THEY ARE GOING TO BE PICKED UP BUT THE COURT CASE ISN'T EVEN DONE
YET/ OTHER TITLED OWNER RPS MOM HAS A CALL INTO THAT OFFICE JUST TO MAKE
SURE THEY DIDN'T JUST PICK ONE UP AND NOT THE OTHER BUT AS FAR AS THEY KNOW
CURRENTLY THAT SHOULDN'T BE HAPPENING

## ADDITIONAL INFORMATION

| ☐ GRAFFITI | ☐ USE OF FORCE | ☐ OTHER ROUTE |
|---|---|---|
| ☐ LEG RESTRAINT | ☒ FELONY | ☐ NARCAN |
| ☐ MISDEMEANOR | ☐ PII | |
| ROUTE TO | SOLV (CID ONLY) | |

## STATUS

| CASE STATUS | CASE STATUS DATE | DISPOSITION | DISPOSITION DATE | APPROVAL | APPROVAL DATE |
|---|---|---|---|---|---|
| INACTIVE | 08/26/2020 | | | 12182 - MORGADO, ARNOLD | 09/11/2020 |

TRUSTEE_000030
EXHIBIT 3

| INCIDENT REPORT | TWIN FALLS POLICE DEPARTMENT | CASE NUMBER 20004864 |
|---|---|---|

## OFFENSES

| ENTRY NO 1 | VIOLATION/STATUTE 18-2403(5)(B) | | OFFENSE DESCRIPTION RENTED OR LEASED VEHICLE THEFT | | | | |
|---|---|---|---|---|---|---|---|
| ATTEMPTED N | LEVEL F | DEGREE | COUNTS 1 | NCIC CODE 2404 | BCS CODE | DISPOSITION INACTIVE | DISPOSITION DATE |
| AGENCY CLASSIFICATION 18-2403(5)(B) | | | LOCATION OF OFFENSE 574 CARRIAGE LN | | | | |
| GOC | | MODIFIER 1 | | MODIFIER 2 | | MODIFIER 3 | |
| COURT | | | COURT DATE | | JUDGE | | |
| COMMENT | | | | | | | |

## VICTIMS

| ENTRY NO 1 | INVOLVEMENT V1 | NAME LAST, FIRST, MIDDLE HENDRIKS, MICHAEL ANTHONY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOME ADDRESS 398 WARREN AVE POCATELLO ID 83201 | | | | MAILING ADDRESS | | | | | | | |
| EMPLOYER | | EMPLOYER ADDRESS | | | | | | OCCUPATION STUDENT | | | |
| HOME PHONE (208) 410-0813 | | CELL PHONE | | | OTHER PHONE | | EMPLOYER PHONE | | | | |
| DOB | AGE | SEX | RACE | JUV | ETH | HEIGHT | WEIGHT | HAIR | EYES | POB | RESIDENCY | CITIZEN | GANG IDENTIFICATION |
| DL NUMBER | | DL ST | SSN | | FBI ID | | STATE ID | | | | |
| INTERNET CONTACT ADDRESS (EMAIL) HENDRIKSKANGEN@OUTLOOK.COM | | | | INTERNET CONTACT ADDRESS II | | | | | | | |
| COMMENT | | | | | | | | | | | |

## LAND VEHICLES

| ENTRY NO 1 | INVOLVEMENT S | | VEHICLE TYPE REC | YEAR 2008 | MAKE YAMAHA | | MODEL | | STYLE MV | COLOR GRN | COLOR | EVIDENCE N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LICENSE NUMBER HRZ429 | | STATE ID | TYPE | YEAR 2022 | VIN 5Y4AG05Y98A000414 | | | | | CUSTODY STATUS | | |
| VALUE STOLEN $1,250.00 | | DATE STOLEN 08/25/2020 | | JURISDICTION STOLEN TFPD | | | | | | | | |
| COMMENT RP SAYS IT IS GRN SHOWING COL ON REG    ALSO SAYS IT'S A YAMAHA BIG BEAR/ HAS A BLUE LIGHT ON FRONT THEY ADDED / TAIL LIGHT IS CRACKED/ BACK RACK HAS A DENT ON IT/ KEYS WITH IT WITH INSURANCE WITH ALL STATE NIC#V112257708 | | | | | | | | | | | | |

## NARRATIVE

20004864A.260

Supervisor: S. Sgt. Arnold Morgado

08/26/20

Felony Crime Report

Stolen ATV

On 08/26/20, I was dispatched to make contact with Michael Anthony Hendriks. He advised sometime between 08/25/20 at approximately 2230 hours and 08/26/20 at 0800 hours, an unknown individual took the ATV parked in the front parking lot. Mr. Hendriks advised he is currently going through bankruptcy and both ATVs are supposed to be part of that and at some point would be picked up, but it is not even settled in court yet. He does not believe they would have taken it late at night and aren't aware of what is going on. Mr. Hendriks' mother, Shelli Hendriks, has called the representative and they are currently out of the office. They do not believe one ATV and not the other would be taken.

There is no surveillance in the area and nothing to follow-up on at this time. The ATV was listed at $1,250 for the bankruptcy appraisal. The vehicle is a 2008 green Yamaha Big Bear, but it just says ATV on the registration. It is bearing Idaho plate HRZ429 with VIN of 5Y4AG05Y98A000414 and was entered into NCIC.

TRUSTEE_000031

| INCIDENT REPORT | TWIN FALLS POLICE DEPARTMENT | CASE NUMBER 20004864 |
|---|---|---|

CSO Kimberly Heinmiller

KH/apw

TRUSTEE_000032

| INCIDENT REPORT | TWIN FALLS POLICE DEPARTMENT | | CASE NUMBER 20004864 |
|---|---|---|---|

**TWIN FALLS POLICE DEPARTMENT**
321 2ND AVE E
TWIN FALLS, ID 83301
208-735-4357

**SUPPLEMENT INCIDENT REPORT**

| CASE NUMBER | SUPPLEMENT NUMBER |
|---|---|
| 20004864 | 1 |
| CASE TYPE | CAD EVENT NUMBER |
| MV THEFT | |
| REPORTING OFFICER | REPORT DATE |
| 12260 - HEINMILLER, KIMBERL | 08/26/2020 |

**INCIDENT**

| LOCATION | | | | DATE | TIME |
|---|---|---|---|---|---|
| 136 MAXWELL AVE TWIN FALLS, ID 83301 US | | | | 08/26/2020 | 12:36 |

| PREMISE NAME | | | | | |
|---|---|---|---|---|---|
| IN ROCK CREEK | | | | | |
| RD | SECOND | TRANSCRIPT | JURISDICTION TFPD | | |

**STATUS**

| WORK FLOW STATUS | APPROVAL | APPROVAL DATE |
|---|---|---|
| FILED | 12182 - MORGADO, ARNOLD | 09/11/2020 |

**LAND VEHICLES**

| ENTRY NO | INVOLVEMENT | | VEHICLE TYPE | YEAR | MAKE | MODEL | STYLE | COLOR | COLOR | EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R | | REC | 2008 | YAMAHA | | MV | GRN | | N |

| LICENSE NUMBER | STATE | TYPE | YEAR | VIN | | | CUSTODY STATUS |
|---|---|---|---|---|---|---|---|
| HRZ429 | ID | | 2022 | 5Y4AG05Y98A000414 | | | |

| VALUE STOLEN | DATE STOLEN | JURISDICTION STOLEN | | | |
|---|---|---|---|---|---|
| $1,250.00 | 08/25/2020 | TFPD | | | |

| VALUE RECOVERED | DATE RECOVERED | JURISDICTION RECOVERED | RECOVERED LOCATION | RECOVERED BY NAME |
|---|---|---|---|---|
| $1,250.00 | 08/26/2020 | TFPD | 136 MAXWELL AVE | HEINMILLER, KIMBERLY |

COMMENT
RP SAYS IT IS GRN SHOWING COL ON REG    ALSO SAYS IT'S A YAMAHA BIG BEAR/ HAS A BLUE LIGHT ON FRONT THEY ADDED / TAIL LIGHT IS CRACKED/ BACK RACK HAS A DENT ON IT/ KEYS WITH IT WITH INSURANCE WITH ALL STATE NIC#V112257708/ FOUND IN ROCK CREEK / VERIFIED VIN AND REMOVED NCIC 8-26-20 IT IS DAMAGED BUT I DON'T HAVE ANY EST AT THIS TIME

**PROPERTY**

| ENTRY NO | INVOLVEMENT | TYPE | MAKE | MODEL | | |
|---|---|---|---|---|---|---|
| 1 | E | 27 | | | | |

| SERIAL NUMBER | QUANTITY | COLOR | COLOR | OAN | REF NO | EVIDENCE N |
|---|---|---|---|---|---|---|

| DESCRIPTION | CUSTODY STATUS |
|---|---|
| 31 PHOTOS UPLOADED TO EVID.COM- HEINMILLER | SUBMITTED |
| COMMENT | |

**NARRATIVE**
20004864B.260

Supervisor: S. Sgt. Arnold Morgado

08/26/20

Felony Crime Report Supplement

Stolen ATV

On 08/26/20, CSO Bailey received a phone call from Dave (lnu) at Parks and Recreation advising they located an ATV in Rock Creek behind their building in the pathway behind it. If you follow the road down, you make a left turn and it was found at the bottom of the canyon. It appears to have driven off the top of the canyon and landed in this location. The ATV was completely submerged in water and I could not verify it was the stolen vehicle, but a top piece found on the ground said " Yamaha." A-1 Towing was called and verified that the plate matched the stolen ATV plate of HRZ429. The last four digits of the VIN were confirmed as 0414. The vehicle was removed from NCIC at approximately 1145 hours.

The owner was contacted and retrieved the ATV from the top of the canyon.

I checked the area for surveillance, but found nothing to follow-up on other than seeing tracks in the dirt. I took

RMS-001-SSRS v1.39    PRINTED 9/14/2020 3:39:46 PM BY: 12110    FOR OFFICIAL USE ONLY PAGE 4 of 5 TOTAL PAGES

TRUSTEE_000033

| INCIDENT REPORT | TWIN FALLS POLICE DEPARTMENT | CASE NUMBER<br>20004864 |
| --- | --- | --- |

photographs and they were placed into digital evidence.

CSO Kimberly Heinmiller

KH/apw

TRUSTEE_000034

OT 8·25·20

**TWIN FALLS POLICE DEPARTMENT**
321 2ND AVENUE EAST
TWIN FALLS, IDAHO 83301
PHONE: (208) 735-4357  FAX: (208) 733-0876

TFP8

### POLICE USE ONLY (USO DE POLICIA)

CASE # 2000 4864    DATE: 8·26·20    OFFICER: 260    Ⓥ  S  W  RP  O  G

PLEASE PROVIDE YOUR INFORMATION BELOW (POR FAVOR PROVEA SU INFORMACION ABAJO)

| LAST NAME (APELLIDO) | FIRST NAME (NOMBRE PRIMERO) | MIDDLE NAME (NOMBRE SEGUNDO) | |
|---|---|---|---|
| Hendriks | Michael | Anthony | |
| HOME ADDRESS (DIRECCION DE RESIDENCIA) | CITY (CIUDAD) | STATE (ESTADO) | ZIP (CODIGO POSTAL) |
| 398 warren Ave | Pocatello | Idaho | 83201 |
| PHONE NUMBER (TELEFONO) | E-MAIL ADDRESS (CORREO ELECTRONICO) | | |
| 208-410-0813 | HendriksKangen@outlook.com | | |

DOB (FECHA DE NACIMIENTO)  SOCIAL SECURITY NO. (NUMERO DE SEGURO SOC)  HGT (ESTATURA)  WGT (PESO)  EYES (OJOS)  HAIR (CABELLO)  SEX (SEXO)  RACK (RAZA)

LOCATION OF INCIDENT (LOCAL DE INCIDENTE)    DATE OF INCIDENT (FECHA DE INCIDENTE)    TIME OF INCIDENT (HORA DE INCIDENTE)

DESCRIBE WHAT HAPPENED IN DETAIL (DESCRIBA EL INCIDENTE EN DETALLE)

*PLEASE MARK IF CONTINUED ON BACK (POR FAVOR MARQUE SI CONTINUE AL REVERSO)*

We woke up today 8-26-20 and found one of my 2007
Yamaha Big Bears. We noticed around 8am and notified police.
These two bikes are being disputed in a bankruptcy setting.
They were last seen around 10-11pm on the 25th of August.
Its a forest green four wheeler. Value approximately 1000 - 1250

I SWEAR THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
(DECLARO QUE ESTA INFORMACION ES CORRECTA Y LA VERDAD AL MEJOR DE MI CONOCIMIENTO)

SIGNATURE (FIRMA):    DATE (FECHA): 08-26-20

TRUSTEE_000035

NAMES, ADDRESSES AND PHONE NUMBERS OF OTHER PEOPLE INVOLVED IN THIS INCIDENT
(NOMBRES, DIRECCIONES Y NUMEROS DE TELEFONO DE OTRAS PERSONAS ENVUELTAS EN EL INCIDENTE)

TFP70

 DOT 8-25-20

TWIN FALLS POLICE DEPARTMENT
356 THIRD AVENUE EAST
TWIN FALLS, IDAHO 83301



### VEHICLE THEFT REPORT

DATE __8-26-20__

TIME _____

CASE # __2000 4864__

NIC # __V112257708__

LOCATION OF THEFT ____574 CARRIAGE LN____
YEAR __2008__ MAKE __YAMA__ MODEL __ATV__ STYLE __MV__ COLOR __GRN__
LICENSE PLATE __HR2429__ STATE __ID__ YEAR __2022__ VIN __5Y4AG05Y98A000414__
CONDITION OF VEHICLE ___GOOD___ APPROXIMATE VALUE __1250.00__
VICTIM / OWNER __Michael A Hendriks__
ADDRESS __574 CARRIAG LN__
DOB __4.19.96__ HOME PHONE __208 410 0813__ WORK PHONE _____
INSURANCE COMPANY __ALLSTATE__ POLICY NUMBER _____
WITNESS __–__
SUSPECT(S) _____

| **VEHICLE CONDITION** | YES | NO | **WHEELS** | | **ENGINE** | |
|---|---|---|---|---|---|---|
| DRIVEABLE | (✓) | ( ) | STANDARD | (✓) | 4 CYLINDER | ( ) |
| KEYS IN IGNITION | (✓) | ( ) | CUSTOM | ( ) | 6 CYLINDER | ( ) |
| VEHICLE LOCKED | ( ) | (✓) | | | 8 CYLINDER | ( ) |
| RADIO / CD / TAPE PLAYER | (✓) | ( ) | **TRANSMISSION** | | OTHER | ( ) |
| WEAPONS IN VEHICLE | ( ) | (✓) | STANDARD | ( ) | | |
| BODY DAMAGE | ( ) | (✓) | AUTOMATIC | ( ) | **SEATS** | |
| | | | | | BUCKET | ( ) |
| | | | | | BENCH | ( ) |

IDENTIFYING MARKS ___CRACKED TAIL LIGHT / DENT ON BACK RACK PASSSIDE___
___ADDED BLUE LIGHT FOR FRONT___

ADDITIONAL INFORMATION _____
_____

I HEREBY CERTIFY THAT I AM THE OWNER OR AGENT OF THE ABOVE DESCRIBED VEHICLE AND THE INFORMATION
IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE; THAT I WILL ASSIST IN THE PROSECUTION
FOR THE THEFT OF THIS VEHICLE. *I.C.49-226 MAKES IT A FELONY TO FILE A FALSE AFFIDAVIT OF THE THEFT OR
EMBEZZLEMENT OF A MOTOR VEHICLE, TRAILER OR SEMI-TRAILER.*

OWNER OR AGENT SIGNATURE __Mi__ DATE __8-26-20__

REPORTING OFFICER __K HEINMILLER__ DATE __8-26-20__ TIME _____

*********************************** ***RECOVERY INFORMATION*** ***********************************

DATE _____ TIME _____ LOCATION _____

RECOVERING AGENCY _____ OFFICER _____

DATE OWNER / ENTERING AGENCY / INSURANCE COMPANY NOTIFIED _____

DATE REMOVED FROM NCIC _____

VICTIM / OWNER RECOVERY SIGNATURE _____ DATE _____

REPORTING OFFICER _____ DATE _____ TIME _____

ADDITIONAL REMARKS _____
_____

WHITE – ATTACH TO CRIME REPORT   YELLOW – PLACE IN VEHICLE THEFT LOG IN DISPATCH

**TRUSTEE_000037**

20004864 B26
TFP70



TWIN FALLS POLICE DEPARTMENT
356 THIRD AVENUE EAST
TWIN FALLS, IDAHO 83301



### VEHICLE THEFT REPORT

DATE _____

CASE # _____

TIME _____

NIC # V11225770?

LOCATION OF THEFT _____
YEAR _____ MAKE _____ MODEL _____ STYLE __VAN__ COLOR _____
LICENSE PLATE _____ STATE _____ YEAR _____ VIN _____
CONDITION OF VEHICLE _____ APPROXIMATE VALUE 1250
VICTIM / OWNER _____
ADDRESS ___514_____
DOB _____ HOME PHONE _____ WORK PHONE _____
INSURANCE COMPANY _____ POLICY NUMBER _____
WITNESS _____
SUSPECT(S) _____

| **VEHICLE CONDITION** | YES | NO | **WHEELS** | | **ENGINE** | |
|---|---|---|---|---|---|---|
| DRIVEABLE | (✓) | ( ) | STANDARD | (✓) | 4 CYLINDER | ( ) |
| KEYS IN IGNITION | (✓) | ( ) | CUSTOM | ( ) | 6 CYLINDER | ( ) |
| VEHICLE LOCKED | ( ) | (✓) | | | 8 CYLINDER | ( ) |
| RADIO / CD / TAPE PLAYER | ( ) | ( ) | **TRANSMISSION** | | OTHER | ( ) |
| WEAPONS IN VEHICLE | ( ) | (✓) | STANDARD | ( ) | | |
| BODY DAMAGE | ( ) | (✓) | AUTOMATIC | ( ) | **SEATS** | |
| | | | | | BUCKET | ( ) |
| | | | | | BENCH | ( ) |

IDENTIFYING MARKS _____ / DENT ON PLATE RACK _____
_____

ADDITIONAL INFORMATION _____
_____

I HEREBY CERTIFY THAT I AM THE OWNER OR AGENT OF THE ABOVE DESCRIBED VEHICLE AND THE INFORMATION
IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE; THAT I WILL ASSIST IN THE PROSECUTION
FOR THE THEFT OF THIS VEHICLE. *I.C.49-226 MAKES IT A FELONY TO FILE A FALSE AFFIDAVIT OF THE THEFT OR
EMBEZZLEMENT OF A MOTOR VEHICLE, TRAILER OR SEMI-TRAILER.*

OWNER OR AGENT SIGNATURE _____ DATE _____

REPORTING OFFICER _____ DATE _____ TIME _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **RECOVERY INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE _8·26·20_ TIME _11:45_ LOCATION _136 Maxwell ave_
RECOVERING AGENCY _Twin Falls Police_ OFFICER _K Heinmiller_
DATE OWNER / ENTERING AGENCY / INSURANCE COMPANY NOTIFIED _8·24·20_
DATE REMOVED FROM NCIC _8·26·20_
VICTIM / OWNER RECOVERY SIGNATURE _____ DATE _____
REPORTING OFFICER _K HEINMILLER_ DATE _8·26·20_ TIME _____
ADDITIONAL REMARKS _found in Rock creek upside down had to_
_call tow to get out to verify it was the stolen_

WHITE – ATTACH TO CRIME REPORT    YELLOW – PLACE IN VEHICLE THEFT LOG IN DISPATCH

TRUSTEE_000038