Ryan E. Farnsworth - ISB No. 8885
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-3020
Facsimile:  (208) 524-2051

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) <br> ) <br> SHELLI HENDRIKS ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> Gary Rainsdon. ) <br> ) <br> Plaintiff/Trustee ) <br> ) <br> v. ) <br> ) <br> SHELLI HENDRIKS ) <br> ) <br> Defendant ) <br> _____ ) | Case No. 20-40363-JMM <br><br> Chapter 7 <br><br> Adv. Proc. No. 21-08016-JMM <br><br> ANSWER TO COMPLAINT |

COMES NOW, Shelli HEndriks, by and through counsel of record, Ryan Farnsworth, Avery Law, and answers Trustee/Plaintiff's Complaint as follows:

ADMISSIONS AND DENIALS

I - ADMIT

Defendant admits each and every allegation contained in Plaintiff's Adversary Complaint enumerated as paragraphs 1-12, 15, 16, 22-26, 30, 31, 33, 34, and 43.

II - DENY

Defendant denies each and every allegation of Plaintiff's Complaint enumerated as paragraphs 13, 17, 20, 29, 32, 37, 41, and 44.

### III - ADMIT AND DENY

Except as detailed in this section III, Defendant neither admits or denies the enumerated paragraphs as Defendant lacks sufficient information to admit or deny, or they contain no factual allegation to be determined by this court:

14. Debtor admits that Trustee filed a motion for turnover, but denies that her inability to turn over a vehicle she did no possess and under state law had no claim to was untimely. Pursuant to this Court's order on Motion for Turnover, the Debtor timely complied.

18 & 19, 21, 27, 28, 35. Debtor neither admits or denies, as she does not have sufficient information to evaluate accuracy.

20. Debtor denies she was aware of removal or caused him to remove any parts from the vehicle. This is a baseless allegation and with others in Trustee's complaint gives rise to a cause of action for sanctions for violation of Rule 11 of the FRCP and Rule 9011 of the FRBP.

### IV - GENERAL DENIAL

Defendant generally denies each and every other allegation of Plaintiff's Complaint not specifically admitted in I and III aforesaid.

### V – MOTION TO STRIKE

Defendant objects to Plaintiffs inclusion of exhibits attached to the Complaint as they are prejudicial to Defendant, not in the evidentiary record, and not supported by testimony, or otherwise admissible.

Debtor requests that this court strike the exhibits and references thereto from the pleading, or otherwise require Plaintiff to amend to remove exhibits and references thereto.

### V - PRAYER FOR RELIEF

Having fully answered Plaintiff's Complaint, Defendant prays this Court that the Complaint be dismissed and for such other and further relief as the Court deems just and proper.

Dated this 3rd day of June, 2021.

                                                                  _/s/_____
                                                                  Ryan Farnsworth,
                                                                  Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of June, 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

    Gary Rainsdon @ trustee@filertel.com

    Dan Green, Counsel for Trustee @ dan@racineolson.com

    U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

Shelli Hendriks
911 Morningside Drive
Twin Falls, ID 83301

                                                                  __/s/_____
                                                                  Christine Harrop